THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Albert Kelly, Appellant.
 
 
 

Appeal From Greenville County
 G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2008-UP-530
 Submitted September 2, 2008  Filed
September 11, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; and Solicitor Robert M. Arial, of Greenville, for
 Respondent.
 
 
 

PER CURIAM: 
 Kelly was tried and convicted of murder,
 armed robbery, and possession of a firearm during the commission of a violent
 crime.  On appeal, Kellys counsel argues the trial court erred by
 failing to instruct the jury on the defense of alibi.  Kelly also filed a pro se brief.  After a thorough review of the record and briefs pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.